

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

In re Larry T. Long, Individually, et al.

No. 06-20-00039-CV

Original Mandamus Proceeding

Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the Relator's petition for writ of mandamus should be conditionally granted, and we deny, in part, the petition for writ of mandamus complaining of production of documents other than tax returns because the trial court's oral rulings related to those documents are not clear, specific, and enforceable and, as a result, are not subject to mandamus review. Even so, we conditionally grant the petition for writ of mandamus and direct the trial court to withdraw the portion of its oral order requiring the production of tax returns. The writ will issue only if the trial court fails to comply. *See* TEX. R. APP. P. 52.8. Due to our dispositive rulings, all other relief not granted herein is denied.

RENDERED AUGUST 25, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk